IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIDVALE COMMONS, LLC, et al. | : | CIVIL ACTION |
| v. | : | |
| CONSTRUCTION LOAN SERVICES II, LLC, et al. | : | NO. 26-128 |

ORDER

AND NOW, this 29th day of September, 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Construction Loan Services II LLC, Valerie Moses, Bill Finzer, Lynda Rodriguez, David Schultz, Michele Howe, Curt Altig, Saluda Grade Holdings LLC, and Saluda Grad Asset Management LLC to the extent they seek to dismiss Counts I and II of the amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 32) is GRANTED; and

(2) The motion of defendants Construction Loan Services II LLC, Valerie Moses, Bill Finzer, Lynda Rodriguez, David Schultz, Michele Howe, Curt Altig, Saluda Grade Holdings LLC, and Saluda Grad Asset Management LLC to the extent they seek to dismiss Count III of the amended complaint pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III

J.